```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 63456
   GERTRUDE HILL
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-1739


------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/15/05 and confirmed on 01/06/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  13680.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
                                                              INTEREST      PRINCIPAL
CREDITOR NAME                 CLASS           CLAIM AMOUNT      PAID          PAID
------------------------------------------------------------------------------
FIRST MIDWEST BANK         CURRENT MORTG          .00           .00           .00
BECKET & LEE LLP           UNSECURED          6454.24           .00       1336.18
BECKET & LEE LLP           UNSECURED         NOT FILED          .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED          9852.00           .00       2039.60
PORTFOLIO RECOVERY ASSOC   UNSECURED          5116.07           .00       1059.15
DISCOVER BANK              UNSECURED          4942.76           .00       1023.27
RESURGENT CAPITAL SERVIC   UNSECURED           191.56           .00         39.66
GEMB/JCP                   UNSECURED         NOT FILED          .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED          6668.16           .00       1380.47
ECAST SETTLEMENT CORPORA   UNSECURED         14588.29           .00       3020.13
SOANB/FBUG                 UNSECURED         NOT FILED          .00           .00
WELLS FARGO FINANCIAL IN   UNSECURED           843.85           .00        174.70
WORLD FINANCIAL NETWORK    UNSECURED           475.00           .00         98.34
FIRST MIDWEST BANK         MORTGAGE ARRE       350.00           .00        350.00
          Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   350.00        .00      49131.93        .00        49481.93
PRINCIPAL PAID       350.00        .00      10171.50        .00        10521.50
INTEREST PAID           .00        .00          .00         .00             .00
TOTAL PAID           350.00        .00      10171.50        .00        10521.50
```

The Debtor's attorney, DAVID M SIEGEL                        , was allowed $   3000.00
and was paid $    461.00  direct and $   2539.00  through the plan.

The Trustee received $    619.50 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.


Dated: 12/16/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE










                              PAGE   2
     CASE NO. 05 B 63456 GERTRUDE HILL